HABAS SINAI VE TIBBI GAZLAR ISTIHSAL ENDUSTRISI A.S., Plaintiff, v. UNITED STATES, Defendant, and NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL METALS COMPANY, Defendant-Intervenors.

Court No. 05–00613

## JUDGMENT

This action having been duly submitted for decision; the Court, after due deliberation, having rendered decisions herein; and in the absence of any opposition to the Final Results of Redetermination Pursuant to Court Remand (filed September 8, 2009);

Now, therefore, in conformity with said decisions, it is hereby ORDERED, ADJUDGED, and DECREED that the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand be, and hereby are, sustained.